■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEY BETHEA, Appellant. [953 NYS2d 872]—Appeal by the defendant from a judgment of the County Court, Nassau County (Carter, J.), rendered January 7, 2011, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that the evidence was legally sufficient to establish the defendant's guilt of murder in the second degree under a theory of intentional murder, and murder in the second degree under a theory of felony murder, beyond a reasonable doubt (*see* Penal

Law § 125.25 [1], [3]). Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Angiolillo, J.P., Austin, Sgroi and Miller, JJ., concur.